IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM E. DANIELS, et al.,

                Plaintiffs,

                                                        Case No. 22-cv-461

      v.

JORDAN OIEN, D.C., et al.,

                Defendants.

---

### NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that this case has been removed to the United States District Court for the Western District of Wisconsin from the Circuit Court of Barron County, in the State of Wisconsin.

The United States of America, on behalf of Defendants Jordan Oien and Northlakes Community Clinic, pursuant to 42 U.S.C. § 233(c), states the grounds for removal as follows:

    1.    A civil action was commenced in the Circuit Court for Barron County, Wisconsin, by Plaintiffs William E. Daniels and Suzanne Daniels, against Defendants Jordan Oien, ABC Insurance, Northlakes Community Clinic, DEF Insurance, and Security Health Plan. That civil action has been designated as Barron County Case No. 22-CV-166.

    2.    A copy of the complaint filed in Barron County Case No. 22-CV-166 is attached as Exhibit A to this notice of removal.

3. At all relevant times to the allegations in the complaint, Jordan Oien, D.C. was an employee of The Lakes Community Health Center, Inc., d/b/a NorthLakes Community Clinic (NorthLakes). The Secretary of the U.S. Department of Health and Human Services has "deemed" NorthLakes to be an employee of the Public Health Service under applicable provisions of the Federally Supported Health Centers Assistance Act (FSHCAA), 42 U.S.C. § 233(g)-(n). By operation of FSHCAA, Jordan Oien, D.C. was "deemed" to be a Public Health Service employee for purposes of 42 U.S.C. § 233, at the time of the allegations giving rise to the suit, and he is, therefore, eligible for coverage under the Federal Tort Claims Act (FTCA), to the extent he was acting as a "covered person."

4. The FTCA provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The Wisconsin law torts alleged in Plaintiffs' complaint fall within this provision.

5. In accordance with federal law and a duly authorized certification of the scope of employment, pursuant to 42 U.S.C. § 233(c), this action, "shall be removed without bond at any time before trial … to the district court of the United States for the district… embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto." Attached as Exhibit B is a Certification of the Scope of Employment,

certified by the Attorney General's designee,[1] Laura A. Przybylinksi Finn, Acting United States Attorney for the Western District of Wisconsin.

6. This notice of removal is being filed within the time permitted by 42 U.S.C. § 233(c). Plaintiffs filed their complaint on June 30, 2022, and, as of today's date, there is no trial scheduled in the state court case.

7. A copy of this notice has been mailed to all adverse parties and filed with the Barron County Clerk of Court.

Dated this 24th day of August, 2022.

Respectfully submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

s/ *Theresa M. Anzivino*
THERESA M. ANZIVINO
Assistant United States Attorney
United States Attorney's Office
Western District of Wisconsin
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703
Phone: (608) 264-5158

---

[1] Certification authority has been delegated to the United States Attorney for the district where the proceeding is brought. 28 C.F.R. § 15.4.

3